UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **OMAR MANJANG** | **CIVIL ACTION NO. 08-0196** |
| **VS.** | **JUDGE MELANÇON** |
| **WARDEN FEDERAL DETENTION CENTER OAKDALE, ET AL.** | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that the Respondent's Motion to Dismiss [Rec. Doc. 10] is **GRANTED** and plaintiff's petition [Rec. Doc. 1] is **DENIED AS MOOT AND DISMISSED WITH PREJUDICE** .

**THUS DONE AND SIGNED** this 28th day of May, 2008 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE